Anet Drapalski, SBN 282086
E-Mail: adrapalski@fisherphillips.com
Joel Moon, SBN 290470
E-Mail: jmoon@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
KIK INTERNATIONAL LLC

Ann A. Hull, Esq. SBN 252855
Jeffrey M. Schwartz, Esq. SBN: 254916
Rachel E. Savoian Hunt, Esq. SBN: 281115
LAW OFFICES OF ANN A. HULL, INC.
21900 Burbank Blvd., Third Floor
Woodland Hills, CA 91367
Telephone: (818) 992-2924
Facsimile: (818) 322-1321
a.hull@annhull.com
jeff@JeffSchwartzLaw.com
r.hunt@annhull.com

Attorneys for Plaintiff
JUAN CHAVEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUAN CHAVEZ, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KIK INTERNATIONAL LLC, a California Corporation; and DOES 1 through 10,<br><br>　　　　Defendants. | CASE NO.: 2:21-cv-01536-SVW-E<br><br>*[Removed from Los Angeles Superior Court, Case No. 21STCV00390]*<br><br>**ORDER RE JOINT STIPULATED PROTECTIVE ORDER**<br><br>*Assigned for all purposes to the Honorable Stephen V. Wilson*<br><br>Complaint Filed:　January 6, 2021<br>Trial Date:　　Not Yet Set |

# ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: August 3, 2021

/s/ CHARLES F. EICK
_____
Hon. Charles F. Eick
UNITED STATES MAGISTRATE JUDGE